# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARTHUR SHERIDAN, an individual, and BARBARA SHERIDAN, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SIRIUS XM RADIO INC., a Delaware corporation; and PANDORA MEDIA, INC., a Delaware corporation,<br><br>Defendants. | Civil Action No. 2:15-cv-07576-CCC-CLW<br><br>Hon. Claire C. Cecchi<br><br>**JOINT STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

The parties to the above-entitled action, by and through the undersigned counsel, hereby stipulate to dismissal with prejudice of all claims asserted by and on behalf of plaintiffs Arthur Sheridan and Barbara Sheridan pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: December 5, 2019         By:  /s/ Thomas R. Curtin
                                     Thomas R. Curtin

McELROY, DEUTSCH, MULVANEY &
CARPENTER LLP
Thomas R. Curtin
Kathleen N. Fennelly
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Telephone: (973) 993-8100
Facsimile: (973) 425-0161
O'MELVENY & MYERS LLP
Daniel M. Petrocelli (*pro hac vice*)
Cassandra L. Seto (*pro hac vice*)
1999 Avenue of the Stars, Suite 800
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Attorneys for Sirius XM Radio Inc.*

Dated: December 5, 2019         By:  /s/ Kevin M. McDonough
                                     Kevin M. McDonough

LATHAM & WATKINS LLP
Kevin M. McDonough
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Andrew M. Gass (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

*Attorneys for Pandora Media, LLC*

2

| | |
|---|---|
| Dated:  December 5, 2019 | By:   /s/ John M. Destefano<br>John M. Destefano (*pro hac vice*) |

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

Robert B. Carey (*pro hac vice*)
rob@hbsslaw.com
John M. Destefano (*pro hac vice*)
johnd@hbsslaw.com
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone:  (602) 840-5900
Facsimile:  (602) 840-3012

LITE DEPALMA GREENBERG, LLC
Bruce D. Greenberg
bgreenberg@litedepalma.com
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone:  (973) 623-3000
Facsimile:  (973) 623-0858

*Attorneys for Plaintiffs Arthur and Barbara Sheridan*

SO ORDERED

   *s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date:  10/23/2020

3